IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NACIE TRENT, | : | |
| Plaintiff, | : | |
| | | Case No. 3:09cv00453 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, | | |
| Commissioner of the Social | : | |
| Security Administration, | | |
| | : | |
| Defendant. | | |
| | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JANUARY 14, 2011 (Doc. #13); VACATING THE COMMISSIONER'S FINAL NON-DISABILITY DETERMINATION; REMANDING PLAINTIFF'S CASE TO THE SOCIAL SECURITY ADMINISTRATION UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) FOR FURTHER CONSIDERATION CONSISTENT WITH THIS DECISION AND ENTRY AND WITH THE REPORT AND RECOMMENDATIONS; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

1. The Report and Recommendations filed on January 14, 2011 (Doc. #13) is ADOPTED in full;

2. The Commissioner's Final Non-Disability Determination is VACATED;

3. Plaintiff's case is remanded to the Social Security Administration under Sentence Four of 42 U.S.C. §405(g) for further consideration consistent with this Decision and Entry and with the Report and Recommendations; and

4. The case is terminated on the docket of this Court.

                                              Walter Herbert Rice
                                              United States District Judge