# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NACIE TRENT, | : | |
| Plaintiff, | : | |
| | | Case No. 3:09cv453 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 3, 2012 (Doc. #18) is ADOPTED in full;

2. Plaintiff's Motion for an Award of Attorney Fees Pursuant to the Equal Justice Act (Doc. #16) is GRANTED, and the Commissioner is ordered to pay Plaintiff's attorney fees and costs in the total amount of $4,496.25;

3. The Commissioner is directed to verify, within twenty-one days from the date of this Decision and Entry, whether or not Plaintiff owes a pre-existing debt to

Case: 3:09-cv-00453-WHR-SLO Doc #: 19 Filed: 10/29/12 Page: 2 of 2  PAGEID #: 147

the United States that is subject to offset. The Commissioner is further ordered to pay the EAJA award directly to Plaintiff's counsel, if no such pre-existing debt exists; and

4. The case remains terminated on the docket of this Court.

*[signature]*

Walter Herbert Rice
United States District Judge